# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

Clifford W. Taylor,
Chief Justice

127442

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY COUNCIL FOR CITY OF DETROIT,
ALONZO W. BATES, KENNETH V. COCKREL,
JR., SHEILA M. COCKREL, BARBARA-ROSE
COLLINS, KAY EVERETT, MARYANN
MAHAFFEY, SHARON MCPHAIL, and
ALBERTA TINSLEY-TALABI,
            Plaintiffs-Appellants,

v

SC: 127442
COA: 248724
Wayne CC: 03-303078-AW

MAYOR OF THE CITY OF DETROIT,
KWAME KILPATRICK, and CITY OF
DETROIT ZOOLOGICAL DIRECTOR,
            Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the October 7, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        WEAVER and CORRIGAN, JJ., would grant to consider Judge Bandstra's dissent.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

Clerk

s1012